# CAUSE NUMBER 2015-22666
## 01-15-645-CV & 01-15-658-CV

Prophet Ronal Dwayne Whitfield | In The

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
AUG 20 2015
CHRISTOPHER A. PRINE
CLERK _____

Plaintiff, | 333RD DISTRICT

V.     3 of 3 filings     COURT OF

HARRIS COUNTY,

Clear Lake Nissan, et al., | TEXAS

Defendants

FILED
Chris Daniel
District Clerk
AUG 20 2015
Time:
By _____ Harris County, Texas
Deputy

## NOTICE OF ORAL HEARING/SUBMISSION

V. Hart
     I conferenced
TO Counsel ~~Mr. J. Barras~~    wit her and
     mr. Pappas.

Please be advised that ~~the~~ My Motions to strike and for sanctions will be set for and heard orally on 28 August 2015 at 9:00 a.m. or as soon as the business of the Court permits, in the Court shown above.

/s/ Prophet Ronald Dwayne
Prophet Ronald Dwayne
Whitfield

cc: Daniel C. Pappas
via e-mail